**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BURL JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:10-cv-896-SEB-DML |
| ) | |
| SUPERINTENDENT ALAN FINNAN, ) | |
| ) | |
| Respondent. ) | |

### Entry Discussing Petition for Writ of Habeas Corpus

In a prison disciplinary proceeding identified as No. ISR 10-02-0061, Burl Johnson was found guilty of violating prison rules and was sanctioned. That determination has since been vacated and a new hearing was conducted on December 10, 2010. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss (dkt 14) is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 01/04/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana